UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURELIUS TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>-v-<br><br>COLD PLANET TECHNOLOGIES, INC. et al.,<br><br>Defendants. | 26-CV-4256 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

In light of Defendants' new motion to dismiss, *see* Docket No. 22, Defendants' earlier motion to dismiss filed at Docket No. 16 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **September 14, 2026**. Defendants' reply, if any, is due by **September 21, 2026**.

The Clerk of Court is directed to terminate Docket No. 16.

SO ORDERED.

Dated: September 1, 2026
New York, New York

JESSE M. FURMAN
United States District Judge